AO 442 (Rev. 10/03) Warrant for Arrest
# UNITED STATES DISTRICT COURT

District of _____ Guam _____

FILED
DISTRICT COURT OF GUAM
APR 18 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

JOHN DOE

**WARRANT FOR ARREST** ③

Case Number: Magistrate Case No. 05-00014

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN DOE _____
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

THEFT OF GOVERNMENT PROPERTY AND ENTERING MILITARY PROPERTY

in violation of Title 18, United States Code § 641 and Title 18 United States Code § 1382

| | |
|---|---|
| JOAQUIN V.E. MANIBUSAN, JR. | _(signature)_ |
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES MAGISTRATE JUDGE | APRIL 17, 2005 · HAGATNA, GUAM |
| Title of Issuing Officer | Date and Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Anderson AFB, Yigo, Guam (James Kirschki)

| DATE RECEIVED 4/17/05 | NAME AND TITLE OF ARRESTING OFFICER John Curry J.C. | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/18/05 | | |