# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### MAGISTRATE CRIMINAL MINUTES

**CASE NO. MG-05-00014**　　　　**DATE: 05/11/2005**　　　　**TIME: 11:06 a.m.**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding　　　Law Clerk: Judith Hattori
Court Recorder: Jamie Phelps　　　Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 11:06:52 - 11:24:30　　　CSO: D. Quinata / N. Edrosa

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT: JAMES KIRACHKY**　　　　　　　　　　**ATTY: KIM SAVO**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.　　( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** THOMAS SHELDON　　　　　　**AGENT:**

**U.S. PROBATION:** JOHN SAN NICOLAS　　　　　　**U.S. MARSHAL:** S. LUJAN

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 33　HIGH SCHOOL COMPLETED: 8th Grade
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE　　( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* TO: COUNT I (Theft of Government Property) and COUNT II (Entering Military Property)
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: NO WRITTEN PLEA  PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( X ) SENTENCING DATE: AUGUST 10, 2005 at 10:30 A.M.　( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: JULY 6, 2005
( ) PRELIMINARY EXAMINATION SET FOR:_____
( ) ARRAIGNMENT SET FOR:_____ at _____
( ) TRIAL SET FOR:_____.

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to have his case heard by a U.S. Magistrate Judge. Defendant entered his plea of guilty without a written plea agreement.

USPO
ACKNOWLEDGED RECEIPT
By: _____
Date: 5-11-05