IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
*AMENDED* MAGISTRATE CRIMINAL MINUTES

DISTRICT COURT OF GUAM
JUN 30 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00014**  **DATE: 06/10/2005**  **TIME: 10:59 a.m.**

17

**HON. RICARDO S. MARTINEZ, Designated Judge, Presiding**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:59:26 - 11:13:22

Law Clerk: NONE PRESENT
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: RICKY KIRACHKY**
( X ) PRESENT   ( ) CUSTODY   ( X ) BOND   ( ) P.R.

**ATTY: JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

U.S. ATTORNEY:  JOSEPH TOCK

AGENT:

U.S. PROBATION: CARLEEN BORJA

U.S. MARSHAL: S. LUJAN

**PROCEEDINGS:   CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE:  40   HIGH SCHOOL COMPLETED: Chuck High School Graduate
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*   ( ) *NOT GUILTY* - TO: CHARGES CONTAINED IN THE COMPLAINT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:  NO WRITTEN PLEA AGREEMENT   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE:  AUGUST 30, 2005   at  11:30 A.M.   ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE:  JULY 26, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Defendant pled guilty without a written plea agreement.  Mr. Tock stated that he will not be available in September and requested for a late August sentencing date.  No objection.  GRANTED.

Courtroom Deputy: _____