
IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff. ) <br> ) <br> vs. ) <br> ) <br> JAMES KIRACHKY, ) <br> ) <br> Defendant. ) | MAGISTRATE CASE NO. 05-00014 <br><br><br><br> **ORDER** |

Upon request of the U.S. Probation Office, and without objection from defense counsel, the sentencing of the above-defendant is hereby moved from August 10, 2005 to Tuesday, August 30, 2005 at 11:30 a.m. The presentence report shall be provided to all parties no later than August 10, 2005.

SO ORDERED this 1st day of August 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM
### PROBATION OFFICE

FRANK MICHAEL CRUZ
CHIEF PROBATION OFFICER

**MAIN OFFICE**
PACIFIC NEWS BUILDING RM. 1003
238 ARCHBISHOP FLORES ST.
HAGÅTÑA, GUAM 96910
TEL: (671) 472-7369/7148
FAX: (671) 472-7149

**N.M.I. OFFICE**
HORIGUCHI BUILDING RM. 212
P.O. BOX 500687CK
SAIPAN, MP 96950
TEL: (670) 233-2990
FAX: (670) 233-2992

August 1, 2005

Honorable Joaquin V.E. Manibusan
Magistrate Judge
U.S. District Court of Guam
3rd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: KIRACHKY, James Seiko
U.S.D.C. MG No. 05-00014-001

**Request for Order to Extend Pre-sentence
Report Due Date and Sentencing Hearing**

Dear Judge Manibusan:

On May 11, 2005, the above-named defendant appeared before Your Honor and, through Ms. Kim Savo, he changed his plea to guilty of a Complaint that charged him with Theft of Government Property, in violation of 18 U.S.C. §641 and Entering Military Property, in violation of 18 U.S.C. §1382. Mr. Joseph Tock represented the United States. The defendant's guilty plea was accepted, and the court set a sentencing hearing for August 10, 2005. The U.S. Probation Office was ordered to submit a presentence investigation report to the parties on July 6, 2005.

At this time, the probation officer has not prepared the presentence investigation report and respectfully requests additional time to complete it. It is, therefore, respectfully requested that the presentence report filing date be extended to August 10, 2005 and the sentencing hearing continued to August 30, 2005. The defendant's attorney, Ms. Savo, did not have any objection to the request, however, Mr. Tock was not informed of the change of schedule.

Sincerely,

CHRISTOPHER J. DUENAS
U.S. Probation Officer

cc: Kim Savo, AFPD
Joseph Tock, AUSA

**RECEIVED**
AUG 01 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM