# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>James Kirachky,<br><br>        Defendant. | Case No. 1:05-mj-00014<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order, filed August 1, 2005***, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| August 2, 2005 | August 3, 2005 | August 3, 2005 | August 3, 2005 |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order, filed August 1, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 8, 2005    /s/ Marilyn B. Alcon
                              Deputy Clerk