JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JAMES KIRACHKI

**FILED**
DISTRICT COURT OF GUAM
AUG - 9 2005 ᵖ
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 05-00014 |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING DATE |
| vs. | ) ) | |
| JAMES KIRACHKI, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, Joseph Tock, and United States Probation Officer Christopher Duenas, and Defendant, JAMES KIRACHKI, by and through his attorney of record, Kim Savo, Assistant Federal Public Defender, that sentencing in this matter shall be continued to September 12, 2005 at 10:00 a.m.

IT IS FURTHER STIPULATED that sentencing was originally set for August 10, 2005. U.S. Probation requested additional time in which to prepare a presentence report. The parties

did not object to continuing the sentencing date. At the request of U.S. Probation, the Court continued the sentencing date to August 30, 2005. Defense counsel informed the government, probation, and the Court that she would be off-island on August 30, 2005.

IT IS SO STIPULATED.

DATED: Mongmong, Guam, August 9, 2005.

_____
KIM SAVO
Attorney for Defendant
JAMES KIRACHKI

DATED: Hagatna, Guam, 9th of August 05

_____
JOSEPH TOCK
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Hagatna, Guam, _____.

_____
CHRISTOPHER DUENAS
U.S. Probation Officer Specialist

2