JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JAMES KIRACHKI

**FILED**
DISTRICT COURT OF GUAM
AUG 10 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00014 |
| Plaintiff, ) | |
| vs. ) | ORDER RE: STIPULATION TO |
| ) | CONTINUE SENTENCING DATE |
| JAMES KIRACHKI, ) | |
| Defendant. ) | |

The stipulation filed on August 9, 2005 is hereby approved and so ordered. Sentencing in this matter shall be set for September 12, 2005 at 10:00 a.m.

DATED: Hagatna, Guam, 8/10/2005.

Hon. Joaquin V.E. Manibusan Jr.
United States Magistrate Judge

**ORIGINAL**