DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**



**FILED**
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00014-001**   **DATE: September 12, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge   Law Clerk: Judith Hattori
Court Recorder: Jamie M. Phelps   Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:11:46 - 10:31:33   CSO: B. Benavente

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: JAMES KIRACHKY**   **ATTY: KIM SAVO**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: STEVE CHIAPPETTA & TRAVIS HUBBLE**   **AGENT:**

**U.S. PROBATION: CARLEEN BORJA**   **U.S. MARSHAL: W. GRAY**

**INTERPRETER:** _____   **LANGUAGE:** _____

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level:   Total offense level: 4   Criminal History Category: I

   **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Ms. Savo had some objections to the sentence recommendation and requested a sentence of one year probation with no community service and the alcohol condition be changed to excessive use.

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Disagreed with defense counsel and stated that the recommendation by the Probation Officer is reasonable.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

**NOTES/OTHER MATTERS:**

Both parties had no objections to the Presentence Report.

Ms. Savo requested that her client be allowed to pay the Special Assessment fee imposed by close of business on Wednesday - Granted.

SENTENCE:   MG-05-00014-001                                DEFENDANT: JAMES KIRACHKY

( X )   DEFENDANT SENTENCED TO PROBATION FOR A TERM OF   TWO YEARS  .

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, AND LOCAL CRIMES.

2. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

3. DEFENDANT SHALL SUBMIT TO URINALYSIS WITHIN 15 DAYS OF RELEASE FROM CUSTODY AND, TO TWO MORE URINALYSIS THEREAFTER.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND 18 U.S.C. §3583.

5. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES AND SHALL PARTICIPATE IN ALCOHOL TESTING AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL PERFORM 300 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

ALL FINES WERE WAIVED BY THE COURT SINCE IT HAD BEEN DETERMINED THAT HE DOES NO HAVE THE ABILITY TO PAY.

DEFENDANT ORDERED TO PAY A SPECIAL ASSESSMENT FEE OF $35.00 IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED.  DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

Courtroom Deputy: _____