# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br>     Plaintiff, <br><br>   vs. <br><br> James Kirachky, <br><br>     Defendant. | Case No. 1:05-mj-00014 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry, filed September 14, 2005* on the dates indicated below:

*U.S. Attorney's Office*         *Federal Public Defender*
*September 14, 2005*          *September 14, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry, filed September 14, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 14, 2005          /s/ Leilani R. Toves Hernandez
                    Deputy Clerk