PROB 12A
(7/93)

# *United States District Court*

FILED
DISTRICT COURT OF GUAM

NOV 13 2006

MARY L.M. MORAN
CLERK OF COURT

for

*District of Guam*

## Report on Offender Under Supervision

Name of Offender: **James Kirachky**          Case Number: **MJ 05-00014-001**

Name of Sentencing Judicial Officer:          Joaquin V. E. Manibusan, Jr.

Date of Original Sentence:          September 12, 2005

Original Offense:          Theft of Government Property, in violation of 18 §641; and Entering Military Property, in violation of 18 U.S.C. §1382.

Original Sentence:          Two years probation to include: shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon; shall not possess illegal controlled substances; shall submit to urinalysis within 15 days of release from custody and, to two more urinalysis thereafter; shall comply with the standard conditions of probation; shall refrain from any and all use of alcoholic beverages and participate in alcohol testing at the direction of the U.S. Probation Office; shall perform 300 hours of community service; and pay a special assessment fee of $35.

Type of Supervision:          Supervised Release          Date Supervision Commenced: September 12, 2005

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| **Standard Condition** | Did not notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |
| **Special Condition** | Did not refrain from the use of alcoholic beverages. |

ORIGINAL

### Violation of Supervised Release conditions

During a recent NCIC and Guam Police Department (GPD) record check , it was discovered that on December 25, 2005, Mr. Kirachky was arrested for: Obstructing Government Functions; Public Intoxication; and Disorderly Conduct. Police report #05-29270 indicated that on December 24, 2005, at 11:50 PM, GPD was summoned to the Sandy You Lounge in Piti because of a disturbance. Upon their arrival, police observed Kesner Taketomy in a fight with another female. During a subsequent interview, Ms. Taketomy an employee of the lounge, admitted to pulling and assaulting the owner and another female for nonpayment. Mr. Kirachky was also arrested after he failed to comply with instructions to cease his actions hindering the outcome of the investigation. He was instructed five times to present valid identification of himself, but refused to comply. During their interaction, Officer Eric Asonoma, observed Mr. Kirachky's inability to maintain his balance and also noted that his speech was slurred and a strong odor of intoxicating beverages emitting from his breath and body. He was booked and released.

In an interview with Mr. Kirachky on October 25, 2006, he related that he went to pick up his girlfriend's sister, Kesner Taketomy from work. He saw her in a physical confrontation with her employer and attempted to separate Ms. Taketomy from her employer and remove her from the lounge when GPD arrived. He related that he was asked by an officer for identification and informed him that he did not have any with him. He further stated that he attempted to explain to the police officer that he was trying to stop the fight, but they proceeded to arrest him. Mr. Kirachky admitted that he had consumed two cans of beer, but did not feel he had to report the arrest as he did not do anything wrong. He acknowledges that he should not have consumed alcohol and understands that he is not authorized to consume any alcohol during his term of supervision. Prosecution was never pursued in this matter.

Mr. Kirachky lost his birth certificate and has not as yet received a replacement from Chuuk. He is only able to secure sporadic employment working for a contractor. He has completed performing 153 hours of community service and paid his special assessment fee. No further action is being recommended at this time.


Reviewed by:                                                    Respectfully submitted,

_Kunk/_                                                         by _L. O'Mal_

ROSSANNA VILLAGOMEZ-AGUON                                       CARMEN D. O'MALLAN

U.S. Probation Officer                                          U.S. Probation Officer Specialist
Supervision Unit Leader

Date: _11·6·2006_                                               Date: _11/6/06_

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐  Submit a Request for Modifying the Condition of Term of Supervision

☐  Submit a Request for Warrant or Summons

☒  No Action.

☐  Other

**RECEIVED**

NOV - 7 2006

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

_Joaquin VE Manibusan_
HON. JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam

_11/13/2006_
Date