PROB 34
(3/07)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES SEIKO KIRACHKY | MAGISTRATE CASE NO. 05-00014-001 |

     It appearing that James S. Kirachky has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **September 11, 2007**, I therefore recommend that Mr. Kirachky be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

 /s/ROSSANNA VILLAGOMEZ-AGUON
Acting U.S. Chief Probation Officer

cc:    Joseph Tock, AUSA
       Federal Public Defender
       File

## *ORDER OF COURT*

     Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.