PROB 34
(3/07)

# Report and Order Terminating Probation

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

JAMES SEIKO KIRACHKY

MAGISTRATE CASE NO. 05-00014-001

It appearing that James S. Kirachky has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **September 11, 2007**, I therefore recommend that Mr. Kirachky be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

 /s/ROSSANNA VILLAGOMEZ-AGUON
Acting U.S. Chief Probation Officer

cc: Joseph Tock, AUSA
Federal Public Defender
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

 /s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 18, 2007