# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES KIRACHKY,<br><br>　　　　Defendant. | MAGISTRATE CASE NO. 05-00014-001<br><br>**ORDER** |

On April 18, 2005, the Court ordered the above-named defendant to surrender his passport as a condition of pretrial release. The case has since been closed, and the Court has no further need to retain said passport. Accordingly, the Clerk of Court is directed to release the copy of the FSM Passport to the defendant.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 28, 2007